

**SO ORDERED.**
**SIGNED this 18th day of January, 2017**

/s/ Suzanne H. Bauknight
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

ROBERT L. HARRIS

Debtor

Case No. 3:16-bk-33326-SHB
Chapter 7

## O R D E R

      Through its Order entered on December 22, 2016, the Court extended until the close of business on January 17, 2017, the deadline for Debtor to file the documents required by 11 U.S.C. § 521(a), which were identified in the Notice of Additional Documents to be Filed dated November 10, 2016. Notwithstanding that Debtor filed most of the required documents, he did not file the Chapter 7 Statement of Current Monthly Income and Means Test Calculation (Form 122A-1) or the Debtor Electronic Noticing Election (DeBN). The Court, accordingly, directs Debtor to appear on February 9, 2017, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why he should not be held in contempt and sanctioned for his failure to comply with the directives of the Court's December 22,

2016 Order and the provisions of § 521(a). This hearing will be stricken if the outstanding documents are filed prior to the hearing date.

###