# IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:                                      Chapter 7

ROBERT L. HARRIS,                  Case No. 16-33326-SHB

         Debtor.

## NOTICE OF HEARING

Notice is hereby given that:

     A hearing will be held on March 23, 2017 at 9:00 a.m. in Courtroom 1C of the Howard H. Baker Jr. United States Courthouse, 800 Market Street, Suite 330, Knoxville, TN 37902 on the following motion.

     **If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

## DEBTOR'S MOTION TO DISMISS CASE

The Debtor, Robert L. Harris, by and through counsel, files this motion for an order dismissing this case. In support hereof, the Debtor states as follows:

### Background

1.     The Debtor commenced this case by filing a voluntary petition under chapter 7 of the Bankruptcy Code on November 9, 2016.

2.     The Debtor commenced this case to stop foreclosure upon a parcel of property located in New Tazewell, Tennessee.

3.     The Debtor is currently negotiating with his mortgagee to redeem the property by means of a new loan. The Debtor is of the opinion that such negotiations can be accomplished more effectively if this case were dismissed.

WHEREFORE, for the reasons set forth above, the Debtor respectfully requests that this Honorable Court enter an order dismissing this case.

        Respectfully submitted,

        By: <u>/s/ Elliott Schuchardt</u>
            Elliott J. Schuchardt
            TN Bar No. 27016

        SCHUCHARDT LAW FIRM
        200 Prosperity Road, Suite 110
        Knoxville, TN 37923
        Phone: (865) 304-4374
        E-mail: elliott016@gmail.com

        *Counsel for the Debtor*