## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT L. HARRIS ) | CASE NO: 16-33326-SHB |
| ) | Chapter 7 |
| Debtor. ) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE**

Comes now the Trustee and for his Response to the Debtor's Motion to Dismiss Chapter 7 Case states as follows:

1. The Debtor, through counsel, filed a Motion to Dismiss his Chapter 7 Case on February 11, 2017.

2. The Trustee has evaluated the debtor's estate and there appears to be unencumbered assets. The Claims Bar date is April 26, 2017.

WHEREFORE, the Trustee prays that the Court deny the Debtor's Motion to Dismiss Chapter 7 Case for the reasons stated herein.

Dated this 20th day of March, 2017.

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
1111 Northshore Dr., Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111

# CERTIFICATE OF SERVICE

      I, John P. Newton, Jr., certify that a true and correct copy of the foregoing Trustee's Response to Debtor's Motion to Dismiss Chapter 7 Case has been served on the following either by Electronic Case Filing (ECF) or United States Postal Service (USPS) with sufficient postage to insure delivery this 20th day of March, 2017.

      /s/ John P. Newton, Jr.
      John P. Newton, Jr., Trustee

Tiffany DiIorio (ECF)
United States Trustee's Office

Elliott J. Schuchardt, Esq. (ECF)
Attorney for Debtor

Robert L. Harris (USPS)
280 Carr Lane
New Tazewell, TN 37825